IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEONARD D. BRONK,

    Debtor-Appellant/Cross-Appellee,

v.

JOHN M. CIRILLI,

    Trustee-Appellee/Cross-Appellant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-172-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the bankruptcy court's judgment is VACATED, the order allowing appellee Leonard C. Bronk's claim of exemption for the annuity is REVERSED and the case is REMANDED to the bankruptcy court for further factual findings consistent with this opinion.

_____
Peter Oppeneer, Clerk of Court

10/18/12
Date