IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEONARD D. BRONK,

                    Appellant,           ORDER FOR JUDGMENT

v.

                                        11-cv-172-wmc

JOHN M. CIRILLI, Trustee,

                    Appellee.

---

After this case was remanded to the Bankruptcy Court for the Western District of Wisconsin pursuant to this court's order entered September 28, 2012, the bankruptcy court made additional factual findings and entered judgment in the adversary proceeding on November 29, 2012. On December 7, 2012, appellant Leonard D. Bronk filed a timely notice of appeal in the bankruptcy court to preserve his right to appeal the judgment disallowing his exemption for the five 529 accounts. *Cirilli v. Bronk*, Case No. 1-10-44-cjf, dkt. 67. The parties, having appeared before the court today, January 11, 2012, are in agreement that this issue was previously addressed by this court and a denial of the appeal, preserving to the full extent possible the parties' previous challenges before the bankruptcy court and this court, is appropriate.

Accordingly, IT IS ORDERED that the December 7th appeal is DENIED; the clerk of court is directed to close this case.

Entered this 11th day of January, 2013.

BY THE COURT:

William M. Conley
District Judge