IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEONARD D. BRONK,

    Appellant,

JUDGMENT IN A CIVIL CASE

v.

Case No. 11-cv-172-wmc

JOHN M. CIRILLI, Trustee,

    Appellee.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered denying the December 7, 2012 appeal.

By: [signature], Deputy Clerk      1-11-2013
    Peter Oppeneer, Clerk of Court      Date