IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEONARD D. BRONK,

                    Appellant,                OPINION AND ORDER

v.

                                                    13-cv-53-wmc

JOHN M. CIRILLI, Trustee,

                    Appellee.

---

      The court has received Leonard D. Bronk's notice of appeal from the November 29, 2012, judgment of the Bankruptcy Court of the Western District of Wisconsin in Case No. 09-15224 and Adversary Proceeding 10-44. This is the third, so-called notice of appeal filed in this court involving the November 29 judgment since this adversary proceeding was remanded for additional factual findings. Because the court has already decided Bronk's appeal from that judgment, this appeal will be denied, this case will be closed and no further "notices" will be accepted.

      On December 7, 2012, plaintiff filed in the bankruptcy court a notice of appeal from that court's November 29 judgment. That notice of appeal was apparently never docketed in this court. On December 19, Bronk filed in this court a notice of appeal to the Seventh Circuit, also seeking to appeal the bankruptcy court's November 29 judgment. *Bronk v. Cirilli*, Case No. 11-cv-172-wmc (dkt. #10).

      On January 10, 2013, appellant requested a status conference with this court, which the court conducted by telephone the following day. During that conference, counsel for both sides pointed out the pending December 7 notice of appeal on the

bankruptcy docket. That same day, January 11, this court entered an order at the party's request, denying Bronk's December 7 appeal in an attempt to clear up any arguable loose end. (Dkt. #15.) The clerk of court also entered judgment on January 11th. (Dkt. #16.) Bronk then filed in this court a second notice of appeal to the Seventh Circuit. (Dkt. #17.)

Bronk has now inexplicably opened a new case and filed yet another notice of appeal. *Bronk v. Cirilli*, Case No. 13-cv-53-wmc (dkt. #1). This appears to be the same notice of appeal that Bronk filed in the bankruptcy court on December 7, 2012, and that this court denied in its January 11 order, albeit under the earlier case number. Because the court has entered judgment on that appeal already, the new case is redundant, the new "appeal" will be summarily denied and this case closed.

ORDER

IT IS ORDERED that: (1) this appeal is DENIED on the same grounds set forth previously in Case No. 11-cv-172-wmc; (2) the clerk of court is directed to transfer and to transmit the recently received bankruptcy court record to Case No. 11-cv-172-wmc and to the Seventh Circuit for use in the pending appeal in that case; and (3) this case be closed.

Entered this 24th day of January, 2013.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge